# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Billy R. Jones, Sr.,

    Plaintiff(s),

vs.

Michael J. Astrue,
Commissioner of Social Security,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-4

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 2, 2007 Order.

**Signed: July 3, 2007**

Frank G. Johns, Clerk
United States District Court