# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| BILLY R. JONES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL NO. 3:07CV4 |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

# O R D E R

**THIS MATTER** is before the Court on Plaintiff's "Motion For Award of Attorney Fees Pursuant to the Equal Access to Justice Act" filed on October 2, 2007 (document #14). By Response filed on October 4, 2007, Defendant advises that he will not oppose an award of legal fees in the amount of three thousand one hundred fifty-four and 03/100s dollars ($3,154.03) by the United States Social Security Administration to the plaintiff as full settlement in satisfaction of any and all claims for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's "Motion For Award of Attorney Fees Pursuant to the Equal Access to Justice Act" (document #14) is **GRANTED**, that Kevin P. Byrnes, Attorney for the Plaintiff, shall be paid the sum of three thousand one hundred fifty-four and 03/100s dollars ($3,154.03) for attorney's fees directly as an assignee of the Plaintiff.

2. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: October 4, 2007

Carl Horn, III
United States Magistrate Judge